UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOMODE ELIE GETTY,

                Plaintiff,

-against-

NATIONAL OIL CORPORATION LIBYA; HONEYWELL,

                Defendants.

23-CV-11190 (LTS)

ORDER

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff brings this action *pro se*. By order dated July 8, 2024, the Court dismissed Plaintiff's claims, with leave to replead within 30 days. (ECF 5.) On August 2, 2024, Plaintiff submitted a letter titled, "The Respond order of July 8, 2024, Case 1:23-CV-11190-LTS." (ECF 6.) In the letter, Plaintiff presents arguments about why his situation is distinguishable from that of the parties in the cases cited in the July 8 order. Plaintiff also indicates that he intends to proceed solely against the National Oil Corporation of Libya (NOC), and that he wishes to pursue his claims against Honeywell for its allegedly anticompetitive acts (abusing its dominant position in the market) in a separate action.[1]

      It appears that Plaintiff intends this letter to constitute his amended complaint. If Plaintiff does not intend the letter to be his amended complaint, he must file an amended complaint, as detailed in the Court's July 8 order, within 30 days of the date of this order. Unless Plaintiff files

---

[1] The Court's July 8, 2024 order has already dismissed Plaintiff's claims against Honeywell on the merits, and Plaintiff's letter can also be deemed a request for reconsideration of that determination. In his initial pleading, Plaintiff indicated that he intended to bring "two complaints and two case[s]. 1. Complaint is against NOC Libya  2. Complaint is against Honeywe[l]l American private company." (ECF 1 at 5.) The Court will address, by separate order, whether the order of dismissal (ECF 5) should be modified so that the claims against Honeywell are dismissed from this action without prejudice.

an amended complaint within 30 days, the Court will treat Plaintiff's letter (ECF 6) as the amended complaint and direct the Clerk of Court to refile the letter on the docket as an amended complaint against NOC-Libya. The Court repeats the warning from the order of dismissal that an amended complaint completely replaces, rather than supplements, the original complaint.

## CONCLUSION

Unless Plaintiff files an amended complaint within 30 days of the date of this order, the Court will treat Plaintiff's letter (ECF 6) as the amended complaint and direct the Clerk of Court to refile it on the docket as an amended complaint.

If Plaintiff did not intend this letter as his amended complaint and wishes to file an amended complaint, he must submit an amended complaint, within the time allowed, to the Pro Se Intake Unit and label it with the docket number 23-CV-11193 (LTS). An amended complaint form is attached to this order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: August 16, 2024
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

Write the full name of each plaintiff.

\_\_\_\_\_CV_____

(Include case number if one has been assigned)

-against-

**AMENDED**

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☐ No

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 2/10/17

I.  **BASIS FOR JURISDICTION**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ **Federal Question**

☐ **Diversity of Citizenship**

A.  **If you checked Federal Question**

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

B.  **If you checked Diversity of Citizenship**

   1.  **Citizenship of the parties**

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
                   (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
             (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_____

First Name      Middle Initial      Last Name

_____

Street Address

_____

County, City      State      Zip Code

_____

Telephone Number      Email Address (if available)

B.  **Defendant Information**

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

  First Name                Last Name

  Current Job Title (or other identifying information)

  Current Work Address (or other address where defendant may be served)

  County, City              State            Zip Code

Defendant 2:

  First Name                Last Name

  Current Job Title (or other identifying information)

  Current Work Address (or other address where defendant may be served)

  County, City              State            Zip Code

Defendant 3:

  First Name                Last Name

  Current Job Title (or other identifying information)

  Current Work Address (or other address where defendant may be served)

  County, City              State            Zip Code

Defendant 4:

First Name          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City          State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:

Date(s) of occurrence:

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

_____

_____

_____

_____

_____

_____

_____

_____

_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

_____

_____

_____

_____

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

_____

_____

_____

_____

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| Dated | Plaintiff's Signature |
|---|---|
| First Name    Middle Initial | Last Name |
| Street Address | |
| County, City | State    Zip Code |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7